IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| RUGGED CCTV, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:11-cv-00267-A |
| | § | |
| ACQUIRE CCTV, INC., | § | |
| | § | |
| Defendant. | § | |

## JOINT REPORT OF SETTLEMENT

Plaintiff, Rugged CCTV, LLC, and Defendant, Acquire CCTV, Inc., have agreed to settle all claims in this action and will file a Joint Stipulation of Dismissal as soon as practicable, but in no event later than July 9, 2012, the date set for trial.

Respectfully submitted,

/s/ Thomas C. Wright
Thomas C. Wright
State Bar No. 24028146
John J. "Jake" May
State Bar No. 24041420
Gardere Wynne Sewell LLP
3000 Thanksgiving Tower
1601 Elm Street
Dallas, Texas 75201
Tel: 214-999-3000
Fax: 214-999-4667
twright@gardere.com
jmay@gardere.com

ATTORNEYS FOR PLAINTIFF
RUGGED CCTV, LLC

/s/ Edward L. White
Blake L. Beckham
State Bar No. 02016500
Jose M. Portela
State Bar No. 90001241
The Beckham Group
3400 Carlisle, Suite 550
Dallas, TX 75204
Tel: 214-965-9300
Fax: 214-965-9301

Edward L. White
*Admitted Pro Hac Vice*
Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 2000
Oklahoma City, Oklahoma 73114
Tel: 405-810-8188
Fax: 405-810-8188

ATTORNEYS FOR DEFENDANT
ACQUIRE CCTV, INC.