IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 2 8 2012
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | | |
|---|---|---|
| RUGGED CCTV, LLC, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.: 4:11-cv-00267-A |
| | § | |
| ACQUIRE CCTV, INC., | § | |
| Defendant. | § | |

## STIPULATION OF DISMISSAL

Plaintiff Rugged CCTV, LLC, and Defendant Acquire CCTV, Inc. hereby dismiss with prejudice all claims that have been brought or could have been brought against one another in the above captioned matter. Each Party shall bear its own costs and attorneys' fees.

Dated: 6/27/2012

John J. "Jake" May
GARDERE WYNNE SEWELL, L.L.P.
1601 Elm Street, Suite 3000
Dallas, Texas 75201
Telephone: (214) 999-3000
Facsimile: (214) 999-4667
*Attorney for Rugged CCTV, LLC*

Dated: 6/27/2012

Edward L. White.
Edward L. White, P.C.
9301 Cedar Lake Ave., Suite 200
Oklahoma City, Oklahoma 73114
Telephone: 405-810-8188
Facsimile: 405-810-8188
*Attorney for Acquire CCTV, Inc..*

Exhibit A